[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11786

Non-Argument Calendar

_____

YISRAEL M. KEMP,

Plaintiff-Appellant,

*versus*

DAVID L. PERLOW,
Chief Executive Office of Any Test P.C.,
SYLVIA THOMPSON,
Chief Financial Officer of Any Test P.C. and the Secretary,
CLARISSA WINDHAM BRADSTOCK,
Chief Executive Officer of Any Test Franchising,
and/or Any Test Services Inc.,

Defendants-Appellees.

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-01290-ELR

———————————————

Before GRANT, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Yisrael Kemp, *pro se*, appeals from the district court's March 18, 2025, order and judgment dismissing the action. The 30-day statutory time limit required Kemp to file a notice of appeal on or before April 17, 2025. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-01 (11th Cir. 2010). However, Kemp did not file his notice of appeal until May 21, 2025.

Further, Kemp is not entitled to relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). First, although he filed a timely motion to extend the appeal period, the district court denied that motion. *See* Fed. R. App. P. 4(a)(5)(A). Second, he did not file anything that could be construed as a motion to reopen the appeal period. *See* Fed. R. App. P. 4(a)(6) (providing that a district court may reopen the appeal period if it finds, among other things, that the moving party did not receive formal notice of entry of the judgment or order within 21 days of entry).

All pending motions are DENIED as moot.